

# Fourth Court of Appeals
## San Antonio, Texas

October 25, 2021

No. 04-21-00339-CV

**IN RE ROLANDO H. BRIONES**, II, relator

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-16615
Honorable Tina Torres, Judge Presiding

# O R D E R

On August 16, 2021, relator filed a "Motion to Consolidate Mandamus with Appeal Cause Number 04-21-00038-CV." Relator is the appellant in Cause Number 04-21-00038-CV. The motion contains a certificate of service indicating it was served on the real party in interest, who is the appellee in Cause Number 04-21-00038-CV. The real party in interest has neither filed a response to relator's motion nor otherwise indicated that she opposes consolidation.

Having considered the motion to consolidate, we agree that, in the interest of efficient administration, these proceedings should be consolidated. We therefore **GRANT** relator's motion to consolidate. We **ORDER** Nos. 04-21-00038-CV and 04-21-00339-CV consolidated. The parties must file any further motions and briefs as if the proceedings were one; however, both cause numbers must be included on the documents. A record has been filed in each proceeding, and if supplementation of the record becomes necessary, the supplemental material must be filed in the proceeding to which it applies. If oral argument is requested and granted, the entire case must be argued as a single proceeding, with the total time limit for each party equal to the ordinary time limit for a single appeal. The court will dispose of these proceedings with the same judgment, opinion, and mandate.

Entered on this 25th day of October, 2021.

**PER CURIAM**

ATTESTED TO:_____
MICHAEL A. CRUZ,
Clerk of Court